UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDELL ALBERT HOPKINS,<br><br>                Plaintiff,<br><br>    v.<br><br>DANIEL PARAMO,<br><br>                Defendant. | No. CV 13-3973 UA (FFM)<br><br>ORDER TO SHOW CAUSE WHY REQUEST FOR LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FULL FILING FEE SHOULD NOT BE DENIED FOR FAILURE TO STATE A CLAIM |

      Plaintiff submitted a civil rights compliant pursuant to 42 U.S.C. § 1983 along with a request for leave to file the action without prepayment of full filing fee on June 3, 2013. Plaintiff names as defendants Anil Kaushal, Deputy District Attorney and Daniel Paramo, warden of the Richard J. Donovan Correctional Facility in San Diego County, California. Because the complaint does not state a claim against either defendant, the Court will not grant plaintiff permission to proceed without prepayment of full filing fee. *See* 28 U.S.C. § 1915(g). Plaintiff will be granted thirty (30) days leave to submit an amended complaint that states a claim. If plaintiff fails to submit a First Amended Complaint that states a claim, the Court will recommend that plaintiff's application for leave to file without prepayment of full filing fee be denied.

/ / /

/ / /

/ / /

## DEFICIENCIES IN COMPLAINT

In order to state a claim for relief under section 1983, a plaintiff must allege (1) a violation of rights protected by the Constitution or created by a federal statute; (2) proximately caused; (3) by the conduct of a "person"; (4) acting under color of state law. *Crumpton v. Gates*, 947 F.2d 1418, 1420 (9th Cir. 1991). As far as the Court can glean from the complaint, it appears that plaintiff contends that a deputy district attorney was somehow involved in an unfair public hearing. Plaintiff further alleges that the warden of the San Diego correctional facility enforced some unspecified discipline and punishment. These assertions do not state any claim for relief. Firstly, a prosecutor is protected by absolute immunity from liability for damages under section 1983 "when performing the traditional functions of an advocate." *Kallina v. Fletcher*, 522 U.S. 118, 131, 118 S. Ct. 502, 139 L. Ed. 2d 471 (1997). Secondly, plaintiff does not state what actions the district attorney purportedly performed that violated any right of plaintiff.

Similarly, plaintiff does not state what actions the warden reportedly performed that violated any rights of plaintiff.

## CONCLUSION

For the reasons specified above, plaintiff fails to state a claim for relief. Therefore, plaintiff is ordered to show cause, if any he has, why his application to proceed without prepayment of full filing fee should not be denied. Plaintiff may comply with this order by submitting a First Amended Complaint that states a claim for relief within thirty (30) days of the date of this order.

DATED: June 14, 2013

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge