UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-3973 UA (FFM) | Date | July 10, 2013 |
|---|---|---|---|
| Title | RANDELL ALBERT HOPKINS v. DANIEL PARAMO | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: | |
| None Present | None Present | |

**Proceedings:**     **(IN CHAMBERS)**

The Court is in receipt of plaintiff's correspondence filed July 3, 2013. In response to plaintiff's request regarding the status of his civil rights complaint, plaintiff is advised that on June 14, 2013 the Court issued an Order to Show Cause Why Request for Leave to File Action Without Prepayment of Full filing Fee Should Not Be Denied for Failure to State A Claim. The response to the Order to Show Cause is due no later than July 15, 2013.

IT IS SO ORDERED.

                                                                                 :
                                        Initials of Preparer           JM